UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER TODD SMITH,<br><br>                          Plaintiff,<br><br>     vs.<br><br>SHERIFF STEVE KEANE,<br>CAPTAIN THOMPSON and<br>CAPTAIN KATHY DANIELS,<br><br>                          Defendants. | NO.  CV-11-5021-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT |

Magistrate Judge Hutton filed a Report and Recommendation on May 10, 2011, recommending Mr. Smith's civil rights complaint be dismissed for failure to obey an Order to comply with the statutory filing fee requirements of 28 U.S.C. §§ 1914(a) and 1915(a)(1).  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

**DATED** this 17th day of June 2011.

                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 1